# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147860(88)

THE SERVICE SOURCE, INC., and THE
SERVICE SOURCE FRANCHISE, LLC,
      Plaintiffs-Appellees,

v

                                     SC: 147860
                                     COA: 301013

DHL EXPRESS (USA), INC.,
      Defendant-Appellant.
_____/

Lenawee CC: 09-003258-CK

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their appeal brief and appendix is GRANTED. The brief and appendix will be accepted as timely filed if filed on or before September 5, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2014


Clerk